Peter M. Hart, (State Bar No 107920)
Michele C. Kirrane, (State Bar No 215448)
LECLAIRRYAN, LLP
44 MONTGOMERY STREET, 18TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104-4705
TELEPHONE: (415) 391-7111
TELEFAX: (415) 391-8766

*Admitted by Pro Hac Vice*
Toby M. Mckinstry
Lawrence Franklin Grable
TOMLINSON · RUST · MCKINSTRY · GRABLE, P.C.
TWO LEADERSHIP SQUARE, SUITE 450
211 N. ROBINSON
OKLAHOMA CITY, OK 73102
TELEPHONE: (405) 606-3353
TELEFAX: (866) 633-6162

Attorneys for Defendant
THE CHARLES MACHINE WORKS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIC TOOLS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CHARLES MACHINE WORKS, INC., d/b/a DITCH WITCH, <br><br> Defendant. | Case No.: CV-10-2569-JCS <br><br> **STIPULATION AND** ~~**PROPOSED**~~ **ORDER RE: INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** <br><br> Jury Trial Demanded |

IT IS HEREBY stipulated and agreed by and between plaintiff TRIC TOOLS, INC., and defendant THE CHARLES MACHINE WORKS, INC., that the following events be continued to the new dates proposed by all parties:

1
*STIPULATION AND PROPOSED ORDER RE: INITIAL CASE MANAGEMENT CONFERENCE
AND ADR DEADLINES
Case No.: CV-10-2569-JCS*

| Event | Date Set by the Court | **New Date Proposed by Stipulation** |
|---|---|---|
| Last day to:<br>• Meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File ADR Certification signed by parties and Counsel<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 8/27/2010 | **11/15/10** |
| Last day to file Rule 26(f) Report, complete initial disclosures or sate objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement | 9/10/2010 | **12/6/2010** |
| INITIAL CASE MANAGMENET CONFERENCE (CMC) in Ctrm A, 15th Floor, SF at 1:30 p.m. | 9/17/2010 | **12/17/2010** |

The parties respectfully request that the Court consider and grant the continuances of these events to allow all parties additional time since plaintiff TRIC TOOLS, INC. is filing an amended complaint and defendant THE CHARLES MACHINE WORKS, INC. has only recently appeared.

Based on the foregoing, plaintiff TRIC TOOLS, INC. and defendant THE CHARLES MACHINE WORKS, INC. respectfully request that this Court grant their Stipulation to continue the initial case management conference and ADR deadlines.

Dated: August 27, 2010            Respectfully Submitted by,

By:     /s/ Peter M. Hart
PETER M. HART
MICHELE C. KIRRANE
LECLAIRRYAN, PC
44 Montgomery Street
Eighteenth Floor
San Francisco, CA 94104
Telephone: (415) 391-7111
Facsimile: (415) 391-8766

Dated: August 27, 2010            Respectfully Submitted by,

By:     /s/ Craig Sheridan Miller

CRAIG SHERIDAN MILLER
WILLIAM STEVEN WEISBERG
WEISBERG & MILLER
654 Sacramento Street
Third Floor
San Francisco, CA 94111
415-296-7070
415-296-7060 (fax)

Dated: August 30, 2010

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notification of electronic filing to the following CM/ECF:

**Craig Sheridan Miller**
Weisberg & Miller
654 Sacramento Street
Third Floor
San Francisco, CA 94111
415-296-7070
Fax: 415-296-7060
Email: cmiller@wmlawfirm.com
*ATTORNEY TO BE NOTICED*

**William Steven Weisberg**
Weisberg & Miller
654 Sacramento Street
Third Floor
San Francisco, CA 94111
415-296-7070
Fax: 415-296-7060
Email: wweisberg@wmlawfirm.com
*ATTORNEY TO BE NOTICED*

By:      /s/ Peter Hart
PETER M. HART (Bar No. 107920)
peter.hart@leclairryan.com
LECLAIRRYAN, PC
44 Montgomery Street, Eighteenth Floor
San Francisco, CA  94104
Telephone: (415) 391-7111
Facsimile: (415) 391-8766