William S. Weisberg (Cal. Bar No. 146284)
Craig S. Miller (Cal. Bar No. 139682)
**WEISBERG & MILLER**
654 Sacramento Street, 3rd Floor
San Francisco, CA 94111
Tel: 415-296-7070
Fax: 415-296-7060
Attorneys for Plaintiff Tric Tools, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| TRIC TOOLS, INC., | Case No. CV-10-2569-JCS |
|---|---|
| Plaintiff, | STIPULATION: |
| vs. | (1) FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT; |
| THE CHARLES MACHINE WORKS, INC., | (2) FOR DEFENDANT THE CHARLES MACHINE WORKS, INC.'S RESPONSIVE PLEADING THERETO, AND COUNTERCLAIM; |
| Defendant. | AND |
| | (3) FOR PLAINTIFF TO FILE RESPONSIVE PLEADING TO DEFENDANT'S PLEADING. |
| | AND |
| | [proposed][ ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that:

(1) Plaintiff may file a first amended complaint, a copy of which is attached as Exhibit A;

(2) Defendant waives notice and service of the first amended complaint;

1   (3)     Defendant's responsive pleading to the first amended complaint will be filed in
2   accordance with the Federal Rules of Civil Procedure.
3   (4)     Plaintiff shall file a responsive pleading to Defendant's pleading and counterclaim
4   (either to the original, or new pleading to the amended complaint) within the normal time
5   permitted by the Federal Rules of Civil Procedure; provided, that such time does not begin to run
6   until the expiration of the deadline for Defendant to file its responsive pleading.

WEISBERG & MILLER                                LECLAIRRYAN, LLP

Sept. 10, 2010   /s/ William S. Weisberg        Sept. 10, 2010   /s/ Peter M. Hart
                 William S. Weisberg, attorneys                  Peter M. Hart, attorneys
                 for Plaintiff TRIC Tools, Inc.                  for Defendant The Charles
                                                                 Machine Works, Inc.

IT IS SO ORDERED:



Sept. __16, 2010

Judge Joseph C. Spero