

January 27, 2011

*Via Electronic Filing*

Magistrate Judge Joseph C. Spero
USDC- Northern District of CA
San Francisco Courthouse
Courtroom A - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

  Re: *Tric Tools, Inc., v. The Charles Machine Works, Inc., et al.*
    Action No: CV-10-2569-JCS
    Our File No.: 25519.0001

Dear Judge Spero:

  The parties hereby submit a joint request for a one-week extension to complete ADR in this matter, currently to be completed by March 17, 2011. The parties are scheduled to complete some depositions and written discovery in February and early March 2011. The parties have tentatively scheduled the Early Neutral Evaluation with Alexander Brainerd of JAMS for March 23, 2011, with a follow up mediation session to occur on March 24, 2011, if necessary.

  At present, the court has scheduled a further Case Management Conference for March 25, 2011. Having the Early Neutral Evaluation/Mediation on March 23/24 will allow counsel and parties attending from out of state to attend the Early Neutral Evaluation/Mediation and the Case Management Conference in one trip.

  If this meets with your approval, please sign the order which we have submitted. We appreciate the court's consideration in this matter.

Dated: 1/28/11

IT IS SO ORDERED
Judge Joseph C. Spero

Very truly yours,

Peter M. Hart

Cc: All Counsel

E-mail: Peter.Hart@leclairryan.com
Direct Phone: 415.913.4952
Direct Fax: 415.391.8766

44 Montgomery Street, Eighteenth Floor
San Francisco, California 94104
Phone: 415.391.7111 \ Fax: 415.391.8766

CALIFORNIA \ CONNECTICUT \ MASSACHUSETTS \ MICHIGAN \ NEW JERSEY \ NEW YORK \ PENNSYLVANIA \ VIRGINIA \ WASHINGTON, D.C.

LeClairRyan is a Delaware Limited Liability Partnership
ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM