**United States District Court**
For the Northern District of California

1
2
3
4                        UNITED STATES DISTRICT COURT
5                       NORTHERN DISTRICT OF CALIFORNIA
6
7    TRIC TOOLS INC,                           No. C 10-02569 JCS
8              Plaintiff(s),
                                               **ORDER OF DISMISSAL**
9         v.
10   THE CHARLES MACHINE WORKS INC,
11             Defendant(s).
12   _____/
13        The Court  having been advised that the parties have agreed to a settlement of this case,
14        IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided,
15   however, that if any party hereto shall certify to this Court, within sixty (60) days, with proof of service
16   of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been
17   delivered over,  the foregoing Order shall stand vacated and this case shall forthwith be restored to the
18   calendar to be set for trial.
19        IT IS SO ORDERED.
20
21   Dated: March 25, 2011
22                                              _____
                                                JOSEPH C. SPERO
23                                              United States Magistrate Judge
24
25
26
27
28